UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLUMBUS CHRIS WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 21-1283 |
| TERREBONNE PARISH'S SHERIFF'S OFFICE, ET AL. | SECTION M(4) |

**ORDER**

Having considered the complaint, the record, the applicable law, the Report and Recommendation ("R&R") of the United States Magistrate Judge (R. Doc. 6), and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that Columbus Chris Williams's 42 U.S.C. § 1983 complaint is DISMISSED WITH PREJUDICE under the Federal Rule of Civil Procedure 41(b) for failure to prosecute.

New Orleans, Louisiana, this 15th day of November, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE